# NACMIAS LAW FIRM PLLC

592 PACIFIC STREET. 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

December 1, 2023

Hon. Lorna G. Schofield
United Stated District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007
(212) 805-0288

> Application **GRANTED** in part.  The initial pretrial conference scheduled for December 6, 2023, is **ADJOURNED** to **January 17, 2024, at 4:10 P.M.**  Plaintiff shall file proof of service on the docket by **January 4, 2024.**  The parties shall file their conference materials by **January 10, 2024.**
>
> Dated: December 4, 2023
> New York, New York
>
> *[signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *VOLFMAN v. JACK & ALICE LLC d/b/a MIMI and MARIA DE FATIMA SILVA SANCHES*
      **DOCKET NO. 1:23-cv-09305-LGS**

Dear Judge Schofield:

The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write to request an adjournment for the Initial Pretrial Conference scheduled for December 6, 2023. This is plaintiff's first request for this relief.

Defendant, Jack & Alice LLC has communicated with our office *pro se* and expressed a desire to obtain counsel. Due to an administrative error, the individual defendant has not been served. Our process server is currently working on serving the individual defendant and we request an additional 30-days to complete service.

The undersigned therefore respectfully requests that Your Honor adjourn the Initial Pretrial Conference for sixty (60) days to February 6, 2024, or a date that is more suitable for the Court, in order to allow the individual defendant to be served and for Defendant Jack & Alice LLC to obtain counsel and continue settlement discussions.

Thank you for your time and consideration on this matter.

Respectfully,

/s/ Andre Autz, Esq.

Andre Autz, Esq.
Nacmias Law Firm, PLLC
940 Atlantic Avenue, 1st Floor
Brooklyn, NY 11238
andreautzesq@gmail.com
917-602-6057