UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JOSEPH VOLFMAN,
                    Plaintiff,

             -against-

JACK & ALICE LLC, et al.,
                    Defendants.
------------------------------------------------------------- X

23 Civ. 9305 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for February 7, 2024.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the February 7, 2024, initial pretrial conference is **CANCELLED**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue separately.  The parties' attention is directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED**, regarding settlement discussions, the request for a referral for settlement discussions through the S.D.N.Y. Mediation Program is **GRANTED.**  A referral order will issue separately.  The parties are apprised that participation in mediation does not provide cause to stay discovery.  The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: February 6, 2024
       New York, New York

                                                     LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE