UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH VOLFMAN,

                             Plaintiff,

                             23 Civ. 9305 (LGS)

         -against-

                             ORDER

JACK & ALICE LLC, et al.,

                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Civil Case Management Plan and Scheduling Order, dated February 6, 2024, required the parties to file a joint status letter by April 9, 2024.

        WHEREAS, the parties have not filed the required status letter.

        **ORDERED** that, as soon as possible and no later than **April 16, 2024**, the parties shall file the required letter in accordance with Individual Rule IV.A.2.

Dated: April 10, 2024
       New York, New York

                                          LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE